# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

DALLAS J. HARTLEY, JR.,      )
                                )
         Plaintiff,      )
                                )
v.                          )     No.    2:20-CV-250-DCLC-CRW
                                )
CARTER COUNTY, DEXTER      )
LUNSFORD, MICHAEL MURRY,    )
SOUTHERN HEALTH PARTNERS,   )
CARTER COUNTY SHERIFF'S OFFICE, )
MELINDA MURRY, MATTHEW     )
KEIBLER, ASHLEY RYMER,      )
SAMANTHA MANEY, and        )
CENTURION OF TENNESSEE, L.L.C.,  )
                                )
         Defendants.    )

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion and order filed herewith, it is

**ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C.

§ 1983, is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be

granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum opinion and order that any appeal

from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is

**DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**


                                           s/Clifton L. Corker
                                           United States District Judge

ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT